PAM BASSEL STANDING CHAPTER 13 TRUSTEE
860 Airport Freeway, Ste 150
Hurst, TX 76054
Phone: (817) 916-4710

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

IN RE:                                                          CASE NO.:24-40453-MXM-13

**MARK CORY GRAY**
    1506 BIRCH
    MANSFIELD, TX 76063
    SSN/TIN: XXX-XX-8738

**DEBTOR**

### TRUSTEE'S NOTICE OF INTENT TO CERTIFY CASE FOR DISMISSAL IN SEVEN DAYS FOR NO FIRST PLAN PAYMENT

After seven days from March 08, 2024, Trustee will certify this case for dismissal because Debtor did not timely pay the first Plan Payment to Trustee within thirty days of filing the Petition. To prevent dismissal, Debtor's first Plan Payment must be received by 4:00 PM on March 15, 2024. FAILURE TO TIMELY CURE THE DELINQUENCY SHALL RESULT IN DISMISSAL WITHOUT FURTHER NOTICE.

Respectfully submitted,

By:    /s/ Ethan S. Cartwright
Ethan S. Cartwright, Staff Attorney
Bar No. 24068273
PAM BASSEL STANDING CHAPTER 13 TRUSTEE
Bar No. 01344800
860 Airport Freeway, Ste 150
Hurst, TX 76054
(817) 916-4710 Phone

### CERTIFICATE OF SERVICE

I certify that a true and correct copy of the foregoing was served on or before the date of filing. Service was accomplished electronically on Debtor's attorney and all parties entitled to electronic notice and by first class mail on the Debtor and the parties listed below, if any.

By:    /s/ Ethan S. Cartwright
Ethan S. Cartwright

MARK CORY GRAY
1506 BIRCH
MANSFIELD, TX  76063